STATE OF NEW YORK, Respondent, v JOHN KELLY, Appellant. (Appeal No. 2.) [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP WARREN NELSON, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Gorski, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CUNNINGHAM, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Gorski, Smith, Centra and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO WILLIAMS, Also Known as BRAZIL, Also Known as ZIL, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH YOUNG, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAIWAN LOWMACK, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HABIB F. JOHNSON, Appellant. [841 NYS2d 925]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that 'he was denied effective assistance of appellate counsel because appellate counsel failed to raise an issue on appeal that would have resulted in reversal, specifically, that trial counsel was ineffective in failing to move to dismiss specifically the first count of the indictment on the ground of insufficient evidence. Upon our review of the trial court proceedings, we conclude that the issue may have merit. Therefore, the order of December 22, 2005 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to perfect his appeal pursuant to 22 NYCRR part 1000 on or before November 27, 2007. Present—Hurlbutt, J.P., Gorski, Martoche and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY E. BROOKS, Appellant. [842 NYS2d 353]—Motion for writ of